COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Mark Trimble, Interested Party and Assignee for I.B. Henderson and Mildred Henderson v. Financial Freedom Senior Funding Corporation

Appellate case number:    01-15-00851-CV

Trial court case number:  14-CV-0609

Trial court:               56th District Court of Galveston County

This case involves an appeal from a trial court order signed on October 2, 2015. Appellant, Mark Trimble, Interested party and Assignee for I.B. Henderson and Mildred Henderson, filed a notice of appeal on October 8, 2015. *See* TEX. R. APP. P. 25.1, 26.1. The appellate record was due in this Court on December 1, 2015. The clerk's record was filed on November 30, 2015. On November 17, 2015, the court reporter notified the Clerk of this Court that there is no reporter's record.

Further, on December 17, 2015, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested a reporter's record or paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless he provided written evidence that he had paid, or made arrangements to pay, for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by January 19, 2016, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant has not adequately responded. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.*

**Appellant's brief is ORDERED to be filed within 30 days of the date of this order**. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Terry Jennings</u>
                 ☑ Acting individually    ☐ Acting for the Court

Date: February 4, 2016